HALSEY DIAKOW (DC Bar # 90027466)
Trial Attorney, Tax Litigation Branch
Civil Division, U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 307-2251
Fax: (202) 307-0054
Halsey.Diakow@usdoj.gov
Western.TaxCivil@usdoj.gov

*Counsel for the Plaintiff, United States of America*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JIMMIE R. COX and SANDRA COX; and CLARK COUNTY, NEVADA,<br><br>Defendants. Defendants. | Case No. 2:20-cv-00042-JCM-DJA<br><br>**NOTICE OF APPEARANCE** |

The United States of America, through its undersigned counsel, hereby gives notice that Halsey Diakow enters an appearance on behalf of the United States of America. Please serve all future pleadings, orders, and communications in this matter on the undersigned via the electronic filing system or the following address:

Halsey Diakow
Trial Attorney, Tax Litigation Branch
Civil Division, U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
Telephone: (202) 307-2251
Fax: (202) 307-0054
Email: Halsey.Diakow@usdoj.gov
Western.taxcivil@usdoj.gov

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

JOSHUA WU
Deputy Assistant Attorney General, Tax Litigation Branch

*/s/ Halsey Diakow*
HALSEY DIAKOW (DC Bar No. 90027466)
Trial Attorney, Tax Litigation Branch
Civil Division, U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
Telephone: (202) 307-2251
Fax: (202) 307-0054
Email: Halsey.Diakow@usdoj.gov

*Counsel for the United States of America*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 22, 2026, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all parties who have appeared in this matter and are eligible to receive CM/ECF notices.

I additionally certify that I caused to be mailed a copy of the foregoing document to the following parties:

Jimmie R. Cox
5537 Port Barrington Way
Las Vegas, NV 89130

Sandra Cox
5537 Port Barrington Way
Las Vegas, NV 89130

*/s/ Halsey Diakow*
HALSEY DIAKOW
Trial Attorney, Civil Division
U.S. Department of Justice