HALSEY DIAKOW (DC Bar No. 90027466)
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
Telephone: (202) 307-2251
Fax: (202) 307-0054
Halsey.Diakow@usdoj.gov
western.taxcivil@usdoj.gov

*Attorneys for the United States of America*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JIMMIE R. COX and SANDRA COX; and CLARK COUNTY, NEVADA,<br><br>Defendants. | No. 2:20-cv-00042-JCM-DJA<br>**ORDER RE<br>NOTICE OF WITHDRAWAL AND ONGOING REPRESENTATION** |

Please take note that attorney E. Carmen Ramirez left the United States Department of Justice in 2025 and will no longer appear for the United States in this matter. However, the undersigned counsel, Halsey Diakow, has already appeared in the case and will continue to represent the United States on an ongoing basis.

The United States requests that the Court terminate E. Carmen Ramirez as counsel for the United States.

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

JOSHUA WU
Deputy Assistant Attorney General, Tax Litigation Branch

Notice of Withdrawal and
Ongoing Representation                    1

/s/ Halsey Diakow
HALSEY DIAKOW (DC Bar No. 90027466)
Trial Attorney, Tax Litigation Branch
Civil Division, U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
Telephone: (202) 307-2251
Fax: (202) 307-0054
Email: Halsey.Diakow@usdoj.gov

*Counsel for the United States of America*

/s/ E. Carmen Ramirez
E. CARMEN RAMIREZ
*permission to enter e-signature granted by email on 06/02/2026

**IT IS SO ORDERED**.

DATED: 6/3/2026

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

Notice of Withdrawal and
Ongoing Representation                    2

## CERTIFICATE OF SERVICE

I hereby certify that on June 3, 2026, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all parties who have appeared in this matter and are eligible to receive CM/ECF notices. The United States is also serving this document via U.S. mail on the following persons:

Jimmie R. Cox
5537 Port Barrington Way
Las Vegas, NV 89130


Sandra Cox
5537 Port Barrington Way
Las Vegas, NV 89130


Laura Proctor, as personal representative for Jimmie R. Cox and Sandra Cox
4920 Dancing Lights Ave.
Las Vegas, NV 89130


Clark County, Nevada
c/o Lisa Logsdon
County Counsel
500 Grand Central Parkway, Suite 5075
Las Vegas, Nevada 89155


/s/ Halsey Diakow
HALSEY DIAKOW
Trial Attorney, Tax Litigation Branch
Civil Division, U.S. Department of Justice

Notice of Withdrawal and
Ongoing Representation                    3