BRETT A. SHUMATE
Assistant Attorney General

JOSHUA WU
Deputy Assistant Attorney General, Tax Litigation Branch

HALSEY DIAKOW (DC Bar # 90027466)
Trial Attorney, Tax Litigation Branch
Civil Division, U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 307-2251
Fax: (202) 307-0054
Halsey.Diakow@usdoj.gov
Western.TaxCivil@usdoj.gov

*Counsel for the Plaintiff, United States of America*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

JIMMIE R. COX and SANDRA COX; and CLARK COUNTY, NEVADA,

Defendants.

Case No. 2:20-cv-00042-JCM-DJA

**~~[PROPOSED]~~ ORDER GRANTING UNITED STATES' MOTION TO CONFIRM SALE BY RECEIVER AND DISTRIBUTE SALE PROCEEDS**

Before the Court is the United States' Motion to Confirm Sale by Receiver ("Motion") (ECF. No 27). In the Motion, the United States has moved the Court for an order confirming the sale of real property located at 5537 Port Barrington Way, Las Vegas, NV 89130 ("Subject Property") and authorizing the Receiver to execute documents necessary to effectuate the sale of the Subject Property.

//

//

Based on the Motion and 26 U.S.C. §§ 7402(a) and 7403(d), the Court hereby **ORDERS**:

1. The sale of the Subject Property for a purchase price of $315,000 to Anthony R. Duarte and Anabelle Duarte is confirmed.

2. Stewart Title ("Escrow Agent") has been selected as the escrow company to handle the closing of the sale.

3. The Receiver is authorized to execute and deliver a quitclaim deed for the Subject Property to the Buyer that is free and clear of all liens, interests, or other claims of the parties to this action with respect to the Subject Property (including IRS' Federal Tax Lien recorded as Document Numbers 20150529-0003917 and 20190603-0001244, and this Court's Judgment recorded as Document No. 20220825-0001206 and 20220913-0000223) and with the same to attach to the proceeds in the same order of priority as they have against the Subject Property, as provided under the Order of Sale.

4. The sale shall be free and clear of any existing rights, titles, claims, liens, or interests of the Receiver or any of the parties to this action.

5. At closing, the Escrow Agent is authorized and directed to issue a Receiver's Quitclaim Deed to the Buyer for the Subject Property and distribute the sale proceeds as follows:

   a. First, all normal and customary seller's closing costs identified in paragraph 23a of the Declaration of Timothy Kimball of Sphere Realty ("Kimball Declaration") filed with the United States' Motion, estimated to be $2,500;

   b. Second, to the Receiver for the reasonable and necessary expenditures he incurred in preserving and protecting the value of the Subject Property and arranging for the sale of the Subject Property identified in paragraphs 7-12 and 23b of the Kimball Declaration in the amount of $3,630.33;

   c. Fourth, to the Receiver for real estate commissions equal to 6% of the gross sale proceeds, or $18,900, which includes both the Receiver's commission and the Buyer's representative's commission, identified in paragraph 23c of the Kimball Declaration;

d. Fifth, all funds remaining shall be deposited into the Court's registry subject to further order of the Court.

6. The Receiver and the Escrow Agent are authorized to sign all necessary documents and make all distributions consistent with this Order.

**IT IS SO ORDERED.**

Dated this 12th day of August, 2026.

James C. Mahan

**United States District Judge**