**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LAURA PROCTOR, as Personal Representative for the Estates of JIMMIE R. COX and SANDRA COX; and CLARK COUNTY, NEVADA,<br><br>Defendants. | Case No. 2:20-cv-00042-JCM-DJA<br><br>~~[PROPOSED]~~ **ORDER GRANTING UNITED STATES' MOTION TO DISBURSE REGISTRY FUNDS** |

Before the Court is the United States' Motion to Disburse Registry Funds ("Motion") (ECF. No 31). In the Motion, the United States has moved the Court for an order disbursing the proceeds resulting from the sale of real property located at 5537 Port Barrington Way, Las Vegas, NV 89130 ("Subject Property").

The Court hereby **ORDERS**:

1. The United States' Motion is GRANTED.
2. The Clerk of the Court is authorized and directed to disburse the funds as follows:
   a. Laura Proctor shall receive $9,968.18, as of July 12, 2026. Payment shall be mailed to Ms. Proctor at 4920 Dancing Lights Ave, Las Vegas, NV 89130.

b. The United States shall receive the remaining proceeds ($279,848.38), plus any accrued interest, by electronic transfer to the United States Department of Justice. The Clerk shall contact Counsel for the United States for electronic transfer instructions, indicating whether the Court prefers to use IPAC or FedWire.

3. The Clerk is directed to close this case.

**IT IS SO ORDERED.**

Dated this 28th day of September, 2026.

**United States District Judge**